DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSS 3040, LLC,**
Appellant,

v.

**3040 N. 29TH AVENUE, LLC,**
Appellee.

No. 4D20-1141

[February 25, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE18-25854.

Matthew J. Militzok of Militzok & Associates, P.A., Hollywood, for appellant.

John J. Shahady of Shahady & Wurtenberger, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***